UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :

    V.                          :     CR. NO. 08-309

CRAIG SLAPPY                  :     O R D E R


The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 14th day of May, 2008,

ORDERED that _____Kevin Carlucci_____ from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
Mark Falk
U.S. Magistrate Judge